HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RAFAEL BIRRUETA MENDOZA, <br><br> Defendant. | Cause No. CR09-5728RJB <br><br> **ORDER FOR APPOINTMENT OF ADDITIONAL NEW COUNSEL** |

This matter having come before the Court on motion of the Defendant (Dkt 19), the Court having conducted a hearing, and it appearing that appointment of additional counsel is appropriate,

NOW THEREFORE it is ordered as follows:

The Federal Public Defender shall arrange for the appointment of additional counsel, forthwith.

DATED THIS 4th day of January 2010

*[signature]*

ROBERT J. BRYAN
United States District Judge

ORDER FOR APPOINTMENT
OF ADDITIONAL NEW COUNSEL- 1

C:\DOCUME~1\dkaleel\LOCALS~1\Temp\notesFFF6 92\withdraw order.doc

*Gilbert H. Levy*
Attorney at Law
2003 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670 Fax: (206) 448-2252