HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAFAEL BIRRUETA MENDOZA,<br><br>Defendant. | Cause No. CR09-5728RJB<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO WITHDRAW** |

This matter having come before the Court on motion of Gilbert H. Levy for leave to withdraw and it appearing that the motion is unopposed and that there is no longer any need for Mr. Levy to remain on the case,

NOW THEREFORE it is ordered that Mr. Levy is granted leave to withdraw.

DATED this 25th day of January, 2010.

_____
ROBERT J. BRYAN
United States District Judge

Presented by:
/s/ Gilbert H. Levy
Gilbert H. Levy, WSBA 4805
Attorney for Defendant

ORDER GRANTING UNOPPOSED
MOTION FOR LEAVE TO WITHDRAW - 1

C:\DOCUME~1\dkaleel\LOCALS~1\Temp\notesFFF692\withdraw2 order.doc

*Gilbert H. Levy*
Attorney at Law
2003 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670 Fax: (206) 448-2252